

**U.S. Department of Justice**
*United States Attorney*
*Central District of California*

*Cassie D. Palmer*
*Assistant United States Attorney*
*Public Corruption and Civil Rights Section*
cassie.palmer@usdoj.gov

*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*
*(213) 894-0363 (telephone)*

July 30, 2024

Molly Dwyer, Clerk of Court
U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939
(Via Ninth Circuit CM/ECF)

Re: *United States v. Dae Yong Lee & 940 Hill, LLC,* C.A. Nos. 23-1687, 1688
(Not yet calendared—Pasadena)

Dear Ms. Dwyer:

     I write regarding the Court's July 12, 2024, Notice of Case Being Considered for Oral Argument ("Notice," Dkt. 61). In the Notice, the Court indicated that this consolidated appeal is being considered for oral argument for the November and December 2024 calendars in Pasadena. The sitting dates for these months are as follows: November 4-8, November 18-22, and December 2-6, 2024.

     I was out of the office with limited electronic coverage when the notice was issued. When I returned, I promptly advised the Court via a Form 32 Response to Notice of Case Being Considered for Oral Argument that I expected to have unavoidable conflicts on three dates during the Court's November and December calendars: November 4, November 8, and December 6, 2024, due to sentencing hearings for cooperating defendants in cases related to this case. (Dkt. 62.) Because I was available for the remainder of this Court's calendar dates in

November and December 2024, I did not realize that I was required to meet and confer with defense counsel regarding alternative dates.

After I filed my Form 32 Response, I learned that I was mistaken regarding my availability for the December calendar. Specifically, I mistakenly understood that a prepaid family vacation to Hawaii involving eight persons, including my parents, siblings, and their spouses, was booked for the second week of December, but learned on July 26, that it was booked for the last week of November and first week of December.

On July 29, 2024, I advised defense counsel of my unavailability for the December calendar, and we met and conferred regarding the scheduling of oral argument for this appeal. Because defendant Dae Yong Lee currently is serving a custodial term, the parties agree that the appeal should be heard as soon as possible and respectfully request that the Court calendar the oral argument on one of the eight dates both counsel are available: November 5, 6, 7, 18, 19, 20, 21, or 22.

Very truly yours,

E. MARTIN ESTRADA
United States Attorney

/s/ *Cassie D. Palmer*

CASSIE D. PALMER
Assistant United States Attorney
Deputy Chief, Public Corruption and Civil Rights Section